# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:06-CV-00108-W**

| | |
|---|---|
| **MARTHA MEDLOCK GALLAGHER,** ) | |
| ) | |
| **Appellant,** ) | |
| ) | |
| vs. ) | **NOTICE** |
| ) | |
| **SUSAN F. KEEVER,** ) | |
| ) | |
| **Appellee.** ) | |
| ) | |

TAKE NOTICE that this matter has been set for hearing before the undersigned United States District Judge, to be held at **3:00 p.m.** on **March 23, 2007**, in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. Oral arguments will be limited to fifteen (15) minutes per side.

Signed: February 9, 2007

_____
Frank D. Whitney
United States District Judge