# United States District Court
# For The Western District of North Carolina
# Charlotte Division

In Re: Martha Medlock Gallagher,
       Debtor.
_____

Susan F. Keever,

       Plaintiff-Appellee           JUDGMENT IN A CIVIL CASE

vs.                                            3:06-cv-108

Martha Medlock Gallagher,

       Defendant-Appellant.


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2007 Order.

                **Signed: March 13, 2007**

*[Signature]*

Frank G. Johns, Clerk
United States District Court